**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**Gero Meyersiek,**

**Plaintiff**

**Docket No. ______________**

**v.**

**United States Citizenship and Immigration Services, and Denis Riordan as District Director, Boston District, U.S. Citizenship and Immigration Services,**

[redacted] 05 398 ML

**Defendant.**

## PETITION FOR ADJUDICATION OF NATURALIZATION

This complaint seeks for the court to order the Defendants to schedule a Naturalization Oath Ceremony within thirty (30) days, The Defendants have failed to schedule the Plaintiff's request to be sworn in as a naturalized U.S. Citizen in the statutory period. The delay as to the Plaintiff's request to complete his application for naturalization has been unfair and in direct contradiction of the Immigration and Nationality Act.

## PARTIES

1. The Plaintiff, Gero Meyersiek is a native and citizen of Germany who was born on March 3, 1947. The Plaintiff presently resides at 1285 Waterford Dr., East Greenwich, RI. His Alien Registration number is A 021792349 and he is seeking to become a naturalized United States Citizen.

2. The Defendant, United States Citizenship and Immigration Services, is an agency of the United States Government within the Department of Homeland Security, with offices at 200 Dyer St., Providence, RI. Defendant, Denis Riordan, is the District Director of the Boston District of the US Citizenship and Immigration Services (hereafter USCIS), where he is charged with overall responsibility for setting and regulating administrative procedures within the Boston District of the USCIS.

**JURISDICTION**

3. This Court has jurisdiction over this action pursuant to the provisions of Immigration and Nationality Act Section 336(b); 28 U.S.C. 1361; and 8 U.S.C. 1329.

4. Venue properly lies, within the District of Rhode Island pursuant to Immigration & Nationality Act, Section 336(b) as Plaintiff resides in Kent County, Rhode Island.

**NATURE OF ACTION**

5. Plaintiff request a hearing in the United States District Court for the District of Rhode Island on his pending Application for Naturalization, which is currently under consideration by the Defendant USCIS..

**FACTUAL ALLEGATIONS**

6. Plaintiff, Gero Meyersiek has maintained lawful permanent resident status since being granted such status on September 2, 1975

7. On October 31, 2002 the Plaintiff filed an N-400 application for naturalization with the U.S. Immigration and Naturalization Service ("INS", subsequently "USCIS") at 75 Lower Welden St., St. Albans, Vermont. Receipt Notice is Attached as Exhibit 1.

8. On February 3, 2004 the Plaintiff appeared at the USCIS office at 200 Dyer St., Providence, Rhode Island and was interviewed in connection with his application for naturalization; additional documentation was requested and same was delivered by Plaintiff by hand the same day.

9. Plaintiff waited patiently to his application for naturalization to be adjudicated.

10. The Plaintiff has made several additional inquiries of the defendant concerning the status of his Application for Naturalization, dated March 24, 2004, June 10, 2004, January 10, 2005, March 1, 2005, June 7, 2005, July 5, 2005 and July 27, 2005. USCIS has not responded to any status inquiry, and the application has still not been adjudicated.

**REQUEST FOR RELIEF**

Plaintiff asks that this Court grant him a hearing on the merits of his Application for Naturalization, find him eligible for Naturalization and administer the oath of citizenship.

**WHEREFORE,** Plaintiff requests the Court to grant the following relief:

(1) Accept and maintain continuing jurisdiction of this action.

(2) Adjudicate and approve Plaintiff's Application for Naturalization.

(3) Award Plaintiff the costs of this action, including fair and reasonable attorney's fees as provided in the Equal Access to Justice Act.

(4) Provide such relief as the Court may deem proper and appropriate.

Respectfully submitted,

David C. Potts, Esq.

Attorney for Plaintiff

Pond, Harrington & Potts P.C.
575 East Main Rd.
Middletown, RI 02842
(401) 849-0111
(401) 847-0888 (fax)

Dated:August 8, 2005