UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERO MEYERSIEK

v. CA 05-398ML

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al

ORDER

The above-captioned case was filed on September 19, 2005 and the matter has been pending since without an answer having been filed and at least 120 days have passed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 21(b).

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
February 3, 2006

Entered as an Order of this Court on February 3, 2006

Barbara Barletta
Deputy Clerk