**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**Gero Meyersiek,**

**Plaintiff**

**Docket No. 05-398ML**

**v.**

**United States Citizenship and Immigration Services, and Denis Riordan as District Director, Boston District, U.S. Citizenship and Immigration Services,**

**Defendant.**

# OBJECTION TO DISMISSAL

Now comes Plaintiff Gero Meyersiek, by and through his counsel and hereby objects to the dismissal of the above-captioned action pursuant to Local Rule 21(b). As good cause for said objection counsel states that Defendants were served with process on or about December 5, 2005, the government has requested additional time to answer Plaintiff's Petition and Defendant has executed and returned a stipulation enlarging the time to answer.

Respectfully submitted,

David C. Potts, Esq.
Attorney for Plaintiff
Pond, Harrington & Potts P.C.
575 East Main Rd.
Middletown, RI 02842
(401) 849-0111
(401) 847-0888 (fax)

Dated: February 17, 2006

**CERTIFICATION**

I hereby certify that the above objection was mailed to Robin Feder, Esq., Assistant U.S. Attorney, 50 Kennedy Plaza, Providence, RI 02903 by first class mail postage prepaid this 17th day of February 2006.

