UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

FEB 27 2006

Property of U.S. District Court
District of Rhode Island

GERO MEYERSIEK,

Petitioner

V. C.A. NO. 05-398ML

U.S. CITIZENSHIP AND IMMIGRATION SERVICE ET AL.,

Respondent.

**STIPULATION**

Defendant United States of America Citizenship and Information Services shall have up to and including March 3, 2006, to answer or otherwise respond to the amended complaint.

DAVID C. POTTS, ESQ.
Attorney for Petitioner
575 East Main Road
Middletown, RI 02842
(401) 849-0111

ROBIN E. FEDER
Assistant United States Attorney
Attorney for Respondent
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

DATED: 2/27/06

Enter: Mary M. Lisi USDJ 3/1/06