**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Gero Meyersiek,<br>Petitioner | : | |
| v. | : | C.A. No. 05-398ML |
| United States Citizenship and Immigration Services, and Denis Riordan as District Director, Boston District, U.S. Citizenship and Immigration Services,<br>Respondents | : | |

**MOTION FOR A HEARING ON THE MERITS FOR PETITION FOR ADJUDICATION OF NATURALIZATION**

Now comes the Petitioner, by and threw his attorney, moves this honorable court for a hearing on the merits for Petition for Adjudication of Naturalization.

As grounds for this motion, Petitioner relies on the attached memorandum of law.

Gero Meyersiek
by his Attorney,

Laura C. Harrington

Laura C. Harrington, Esquire #6079
Pond, Harrington & Potts, PC
575 East Main Rd
Middletown, RI 02842
(401) 849-0111
(401) 847-0888-fax

**CERTIFICATION**

I hereby certify that I mailed a copy of the within this 10th day of April, 2006, by first class mail to: Robin E. Feder, Esq., Assistant U.S. Attorney, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903

Steve Martinez