**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---

**Gero Meyersiek,**

**Petitioner**

**Docket No. 05-398ML**

**v.**

**United States Citizenship and Immigration Services, and Denis Riordan as District Director, Boston District, U.S. Citizenship and Immigration Services,**

**Respondent.**

---

**PETITIONER'S MOTION IN LIMINE**
**TO PRECLUDE AMISSION INTO EVIDENCE OF**
**PORTIONS OF DEFENDANT'S ADMINISTRATIVE RECORD**

Now comes the Petitioner in the above-entitled matter and hereby moves this Honorable Court in limine to exclude pages 65 – 79 181 – 185 of the administrative record as produced by Defendant. As grounds for this Motion, Petitioner avers that the evidence is inherently unreliable as hearsay and/or hearsay within hearsay and therefore inadmissible under Rules 802, 803 and 805 of the Federal Rules of Evidence. Petitioner additionally relies on the well-settled principle that it is the trial judge's role as "gatekeeper" to screen evidence to ensure that it is not only relevant, but reliable. See e.g. Kuhmo Tire Co., Ltd v. Carmichael, 526 U.S. 137 (1998).

These pages of the administrative record produced by Respondents are hearsay within hearsay and do not have an exception for each level. Pages 65 - 79 is an anonymous letter which is undated and unsigned which also contains allegations without foundation. Pages 181 - 184 is a document which is self-serving to the author for his corporation and is also without authentication with portions blacked out. As such both of these sections should be deemed inadmissible at the hearing on the merits for Petitioner's application for naturalization. These sections are not part of the Public Record as activities of the public office, matters observed pursuant to duty or investigative reports and therefore need their own hearsay exception.

Respectfully submitted,

Laura C Harrington

Laura C. Harrington, Esq.
Attorney for Petitioner
Pond, Harrington & Potts P.C.
575 East Main Rd.
Middletown, RI 02842

(401) 849-0111
(401) 847-0888 (fax)

Dated: July 12, 2006

**CERTIFICATION**

I hereby certify that the within was faxed to Robin Feder, Esq., Assistant U.S. Attorney, 50 Kennedy Plaza, Providence, RI 02903 this 12th day of July 2006.

L Harrington