**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GERO MEYERSIEK,<br>Petitioner | : | |
| V. | : | C.A. NO. 05-398ML |
| UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, ET AL.,<br>Respondents | : | |

**DECLARATION OF DAVID S. ADKINS**

I, David S. Adkins, declare and make the following declaration under penalty of perjury:

1. I am presently employed by the United States Department of Homeland Security, Bureau of Immigration and Customs Enforcement (ICE), as Senior Special Agent. I have held this position for more than 2 years. Prior to that, I was employed by ICE (and its predecessor agency Immigration and Naturalization Service (INS)) as a special agent for more than 6 years. I began working for INS in June 1991.

2. On January 26, 2006, I served an administrative subpoena upon the Keeper of the Records of UnumProvident Corporation (Unum) to give testimony in connection with a criminal matter, relating to an investigation concerning possible fraudulent activity, and to produce the Special Investigation Unit Case Referral Binder for Gero Meyersiek.

3. In response to the subpoena, I had a discussion with John Siracusa, a former FBI agent, and the investigator who prepared the investigative report. I specifically told him that the summary of the report was a sufficient response to the subpoena at that time.

4. John Siracusa provided me with a summary of the investigation, which I accepted as responsive, at that time, to the administrative subpoena that I served upon Unum.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this the 9TH day of August 2006.

David S. Adkins
Senior Special Agent
Bureau of Immigration and Customs Enforcement
Department of Homeland Security