IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERO MEYERSIEK,<br>Petitioner | : | |
| V. | : | C.A. NO. 05-398ML |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br>Respondents | : | |

**DECLARATION OF ROBIN E. FEDER**

I, Robin E. Feder, declare and make the following declaration under penalty of perjury:

1. I am presently employed by the United States Attorney's Office, District of Rhode Island, as an Assistant United States Attorney. I have held this position for more than ten years.

2. On July 12, 2006, I caused a subpoena to be served upon UnumProvident Corporation (Unum) for certain records relative to its investigation of Gero Meyersiek's application for and receipt of disability insurance benefits.

3. In response to the subpoena, I received a call from John Siracusa, the investigator who prepared the investigative report. I specifically told him that the only documents I was interested in were the investigative report (to include the summary of investigation) and all attachments, and any documentation evidencing the reason for termination of benefits.

4. John Siracusa provided me with a copy of the report, including the summary and all attachments (Trial Exhibit C); a copy of the termination of benefits letter (Trial Exhibit E); and a copy of the denial of appeal letter (Trial Exhibit F);

5. At the request of petitioner's counsel, I caused a copy of Exhibit C to be made for petitioner's counsel, prior to trial.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this the 4th day of August 2006.

Robin E. Feder
Assistant U.S. Attorney